Certificate Number: 00252-PAE-DE-012240053

Bankruptcy Case Number: 10-22103


00252-PAE-DE-012240053

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 7, 2010</u>, at <u>9:39</u> o'clock <u>AM EDT</u>, <u>Kenneth E Duke Jr</u> completed a course on personal financial management given <u>by internet and telephone</u> by <u>Institute for Financial Literacy, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>September 7, 2010</u>          By:    <u>/s/Ian Graham</u>

                                        Name:  <u>Ian Graham</u>

                                        Title: <u>Credit Counselor</u>